**Honorable Paul B. Snyder**
Hearing Date: 1/19/17 @ 9:00 a.m.
Response Date: 1/12/17
Chapter 7
Tacoma, WA

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT COURT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>**WILLIAM SELANDER JR.,**<br><br>Debtor. | In Chapter 7 Proceeding<br>NO. 16-43505<br><br>**MOTION FOR ABANDONMENT**<br>**OF ESTATE PROPERTY** |

Comes now the Debtor, through his attorney, William L. Beecher, and makes the following Motion for Abandonment:

1. **Case History:** The Debtor filed this case under Chapter 7 on August 22, 2016. Brian L. Budsberg is the case trustee. The 341 meeting was held and concluded on October 31, 2016.

2. **Property to be Abandoned**: The Debtor requests that all property listed in his original and amended schedules, except a small portion representing a wage claim being administered in a companion corporate case, Interwest Development NW, Inc, be abandoned to the Debtor. Specifically, the Debtor requests that the abandonment order include the following real estate interests:

   a. 50% interest as tenant-in-common of his residence at 24608 SE 416th Street in Enumclaw, King County, Washington.

   b. 50% interest as tenant-in-common of an investment property commonly known as 29828 SE 370th St, Enumclaw, King County, Washington.

   c. 50% interest as tenant-in-common of an investment property commonly known as 518 116th Ave Ct East, Edgewood, Pierce County, Washington.

**MOTION FOR ABANDONMENT OF ESTATE PROPERTY - 1**

Law Offices of
BEECHER & CONNIFF
1703-C Dock Street
Tacoma, Washington 98402
Telephone: (253) 627-0132
Fax: (253) 572-3427

Case 16-43505-MJH    Doc 31    Filed 12/05/16    Ent. 12/05/16 11:54:51    Pg. 1 of 3

**3. Request for Order Compelling Trustee to Abandon Property:** The Declaration of the Debtor, filed in support of this Motion, shows that the retention and administration of the described property is burdensome to the estate or of inconsequential value. Specifically, the equities in the real estate are either exempt or fully encumbered by non-voidable judgment liens as follows:

| | |
|---|---|
| **24608 SE 416th St, Enumclaw** | Debtor's valuation: $669,000<br>Mortgage: $369,517<br>Gross Equity: $149,741(50%)<br>Debtor's Homestead: $125,000<br>Umpqua Bank: $3,726,834 – non voidable judgment lien<br>Equity: ($3,553,351) |
| **29828 SE 370th St, Enumclaw** | Debtor's valuation: $144,000<br>Mortgage: $55,519<br>Gross Equity: $44,240 (50%)<br>Umpqua Bank: $3,726,834 – non voidable judgment lien<br>Equity: ($3,682,543) |
| **518 116th Ave Ct E, Edgewood** | Debtor's valuation: $327,800<br>Mortgage: $114,523<br>Equity: $53,319 (50%)<br>Umpqua Bank: $3,726,834 – non voidable judgment lien<br>Equity: ($3,566,896) |

The judgments were entered against the Debtor on September 17, 2013, in the amount of $3,898.704.29 under Judgment No. 13-9-26688-7 in King County Superior Court and abstract of judgment entered August 19, 2013 in Pierce County Superior Court, Judgment No. 13-9-08608-6.

**4. Legal Authority:** The statutory predicate for this kind of motion is found in Section 554(b) of the Code: "On request of any party in interest and after notice and a hearing, the court may order the trustee to abandon any property of the estate that is burdensome to the estate or that is of inconsequential value and benefit to the estate." To obtain an order compelling abandonment the

**MOTION FOR ABANDONMENT OF ESTATE PROPERTY - 2**

Law Offices of
BEECHER & CONNIFF
1703-C Dock Street
Tacoma, Washington 98402
Telephone: (253) 627-0132
Fax: (253) 572-3427

Case 16-43505-MJH    Doc 31    Filed 12/05/16    Ent. 12/05/16 11:54:51    Pg. 2 of 3

moving party must show that the retention of the property is burdensome or of inconsequential value. *In Re Johnson*, 49 F3d. 538(9th Cir. 1995). The court should also address "whether there is a reason that the estate's interest in the property should be preserved or, instead, whether the property is so worthless or burdensome to the estate that it should be removed therefrom." *K.C. Machine & Tool Co,* 816 F2d at 246 (6th Cir. 1987).

In order for the trustee to administer by sale the Debtor's interest in the described real estate he would have to show some benefit to the unsecured creditors of the estate via a carve out or other means. He would have to be able to pay the underlying mortgage and the Debtor's homestead with respect to the exempted residence. With respect to the investment properties he would have to consider the potential tax consequences of a sale in addition to the showing of a benefit to the unsecured creditors.

Additionally, since the real estate interests are owned as tenants in common the trustee would have to commence and prevail on a Section 363(h) action which necessarily involves an expensive adversary proceeding. The Debtor has been informed that his co-owner will not consent to a sale.

Absent some showing by the trustee of benefit to the estate an abandonment order should be entered. Accordingly, the Debtor requests that the Court approve this motion after notice and opportunity for hearing.

Dated: November 30, 2016.

  /s/ William L. Beecher
**William L. Beecher**, WSBA 3673
Attorney for Debtor

**MOTION FOR ABANDONMENT OF ESTATE PROPERTY - 3**

Law Offices of
BEECHER & CONNIFF
1703-C Dock Street
Tacoma, Washington 98402
Telephone: (253) 627-0132
Fax: (253) 572-3427