**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF WASHINGTON**
**TACOMA DIVISION**

In re: SELANDER, WILLIAM D., JR. § Case No. 16-43505-MJH
§
§
§
Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Brian L. Budsberg, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $170,753.84 | Assets Exempt: | $220,753.84 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $872,421.58 | Claims Discharged Without Payment: | $10,436,422.41 |
| Total Expenses of Administration: | $169,891.37 | | |

3) Total gross receipts of $1,465,097.83 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $422,784.88 (see **Exhibit 2**), yielded net receipts of $1,042,312.95 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR ( 10 /1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $616,814.98 | $1,791,720.15 | $842,910.43 | $731,158.80 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $169,891.37 | $169,891.37 | $169,891.37 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $759,106.00 | $786,441.67 | $786,441.67 | $141,262.78 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $5,453,216.61 | $5,246,190.78 | $5,246,190.78 | $0.00 |
| **TOTAL DISBURSEMENTS** | $6,829,137.59 | $7,994,243.97 | $7,045,434.25 | $1,042,312.95 |

4) This case was originally filed under chapter 7 on 08/22/2016. The case was pending for 37 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/10/2019      By: /s/ Brian L. Budsberg
                          Trustee, Bar No.: 11225

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 29828 SE 370th St, Enumclaw, WA 98022-0000, King County | 1110-000 | $250,000.00 |
| 24608 SE 416th St, Enumclaw, WA 98022-8727, King County | 1110-000 | $825,000.00 |
| 518 116th Ave Ct E, Edgewood, WA 98372-0000, Pierce County | 1110-000 | $390,001.00 |
| Property Taxes Sellers Credit 12/15/17-1/1/18 | 1210-000 | $96.83 |
| **TOTAL GROSS RECEIPTS** | | **$1,465,097.83** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Jill Eutenier | Funds paid to co-owner/non-filing ex spouse Jill Eutenier; $132,607.71 | 8500-002 | $223,938.49 |
| | Funds paid to Debtors Ex for her portion of community property.; $91,330.78 | | |
| Jill Eutenier | Funds owed to Co-Debtor - Jill Eutenier | 8500-002 | $198,846.39 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$422,784.88** |

**EXHIBIT 3 - SECURED CLAIMS**

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America NA | 4110-000 | NA | $97,524.38 | $97,524.38 | $97,524.38 |
| | Ditech Financial | 4110-000 | NA | $354,952.42 | $354,952.42 | $354,952.42 |
| | King County Assessor | 4700-000 | NA | $15,497.67 | $15,497.67 | $15,497.67 |
| | Nationstar Mortgage | 4110-000 | NA | $49,141.19 | $49,141.19 | $49,141.19 |
| | Pierce County Treasurer | 4700-000 | NA | -$1,058.52 | -$1,058.52 | -$1,058.52 |
| 1-3S | Internal Revenue Service Centralized Insolvency | 4120-000 | NA | $687,661.88 | $125,000.00 | $125,000.00 |
| 4 | BANK OF AMERICA, N.A. | 4110-000 | $114,523.09 | $111,761.00 | $111,761.00 | $0.00 |
| 7S | Umpqua Bankc/o Shawn B. Rediger Williams Kastner & Gibbs, PLLC | 4120-000 | NA | $476,240.13 | $90,092.29 | $90,101.66 |
| N/F | CitiMortgage | 4110-000 | $55,519.69 | NA | NA | NA |
| N/F | Ditech Financial LLC | 4110-000 | $369,517.09 | NA | NA | NA |
| N/F | US Bank Inquiries | 4110-000 | $77,255.11 | NA | NA | NA |
| | **TOTAL SECURED** | | **$616,814.98** | **$1,791,720.15** | **$842,910.43** | **$731,158.80** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Brian L. Budsberg | 2100-000 | NA | $51,884.61 | $51,884.61 | $51,884.61 |
| Trustee, Expenses - Brian L. Budsberg | 2200-000 | NA | $650.84 | $650.84 | $650.84 |
| Charges, U.S. Bankruptcy Court | 2700-000 | NA | $350.00 | $350.00 | $350.00 |
| Costs re Sale of Property - Central Signing Service | 2500-000 | NA | $625.00 | $625.00 | $625.00 |
| Costs re Sale of Property - City of Enumclaw | 2500-000 | NA | $500.00 | $500.00 | $500.00 |
| Costs re Sale of Property - First American Title Insurance Company | 2500-000 | NA | $4,999.66 | $4,999.66 | $4,999.66 |
| Costs re Sale of Property - Law Office of Wanda Nuxoll | 2500-000 | NA | $1,400.00 | $1,400.00 | $1,400.00 |
| Costs re Sale of Property - Mt View Water Co | 2500-000 | NA | $500.00 | $500.00 | $500.00 |
| Costs re Sale of Property - The Law Office of Wanda Nuxoll | 2500-000 | NA | $2,877.61 | $2,877.61 | $2,877.61 |
| Costs re Sale of Property - The Law Office of Wanda Nuxoll | 2500-002 | NA | -$57.50 | -$57.50 | -$57.50 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $1,468.89 | $1,468.89 | $1,468.89 |
| Income Taxes - Internal Revenue Service (post-petition) - IRS | 2810-000 | NA | $11,156.00 | $11,156.00 | $11,156.00 |
| Other State or Local Taxes (post-petition) - King County | 2820-000 | NA | $4,455.00 | $4,455.00 | $4,455.00 |
| Other State or Local Taxes (post-petition) - King County Assessor | 2820-000 | NA | $14,690.00 | $14,690.00 | $14,690.00 |
| Other State or Local Taxes (post-petition) - King County Assessor | 2820-000 | NA | $429.19 | $429.19 | $429.19 |
| Other State or Local Taxes (post-petition) - Pierce County Treasurer | 2820-000 | NA | $6,947.02 | $6,947.02 | $6,947.02 |
| Accountant for Trustee Fees (Other Firm) - Roger Lilley | 3410-000 | NA | $1,090.00 | $1,090.00 | $1,090.00 |
| Realtor for Trustee Fees (Real Estate Commissions) - Barbara Stevens | 3510-000 | NA | $16,500.00 | $16,500.00 | $16,500.00 |
| Realtor for Trustee Fees (Real Estate Commissions) - Integrity Law Group | 3510-000 | NA | $20,625.00 | $20,625.00 | $20,625.00 |
| Realtor for Trustee Fees (Real Estate Commissions) - John L Scott Realtors | 3510-000 | NA | $11,250.00 | $11,250.00 | $11,250.00 |
| Realtor for Trustee Fees (Real Estate Commissions) - The Law Office of Wanda Nuxoll | 3510-000 | NA | $17,550.05 | $17,550.05 | $17,550.05 |

| | | | | | |
|---|---|---|---|---|---|
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $169,891.37 | $169,891.37 | $169,891.37 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Umpqua Bank | 5900-000 | NA | $99,455.79 | $99,455.79 | $99,455.79 |
| 1-3P | Internal Revenue Service Centralized Insolvency | 5800-000 | $61,592.00 | $686,985.88 | $686,985.88 | $41,806.99 |
| N/F | Internal Revenue Service | 5800-000 | $697,514.00 | NA | NA | NA |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$759,106.00** | **$786,441.67** | **$786,441.67** | **$141,262.78** |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1-3U | Internal Revenue Service Centralized Insolvency | 7300-000 | NA | $676.00 | $676.00 | $0.00 |
| 2 | DAVID TRAVERSO | 7100-000 | $214,158.00 | $226,184.95 | $226,184.95 | $0.00 |
| 3 | First National Bank of Omaha | 7100-000 | $6,295.82 | $6,838.81 | $6,838.81 | $0.00 |
| 5 | WORLD'S FOREMOST BANK CABELA'S CLUB VISA | 7100-000 | $10,664.16 | $10,846.84 | $10,846.84 | $0.00 |
| 6 | Financial Pacific Leasing Inc | 7100-000 | $31,867.00 | $34,195.55 | $34,195.55 | $0.00 |
| 7U | Umpqua Bank c/o Shawn B. Rediger Williams Kastner & Gibbs, PLLC | 7100-000 | NA | $4,679,617.63 | $4,679,617.63 | $0.00 |
| 8 | DAVID TRAVERSO | 7100-000 | NA | $287,831.00 | $287,831.00 | $0.00 |
| N/F | Estate of Karl Tschumperlin | 7100-000 | $154,000.00 | NA | NA | NA |
| N/F | FINANCIAL PACIFIC LEASING | 7100-000 | $4,321.13 | NA | NA | NA |
| N/F | First Citizens Bank | 7100-000 | $471.68 | NA | NA | NA |
| N/F | First Citizens Bank | 7100-000 | $2,405.89 | NA | NA | NA |
| N/F | First Citizens Bank | 7100-000 | $585.17 | NA | NA | NA |
| N/F | First Citizens Bank | 7100-000 | $2,606.24 | NA | NA | NA |
| N/F | First Citizens Bank | 7100-000 | $2,139.83 | NA | NA | NA |
| N/F | First Citizens Bank | 7100-000 | $640.90 | NA | NA | NA |
| N/F | First Citizens Bank | 7100-000 | $597.82 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | First Citizens Bank | 7100-000 | $6,437.46 | NA | NA | NA |
| N/F | Grange Insurance | 7100-000 | $397.80 | NA | NA | NA |
| N/F | IFPS CORP | 7100-000 | $30,768.00 | NA | NA | NA |
| N/F | KEYBANK BANKRUPTCY | 7100-000 | $183,934.90 | NA | NA | NA |
| N/F | McGavick Graves, P.S. | 7100-000 | $39.95 | NA | NA | NA |
| N/F | Petit Oil | 7100-000 | $183,934.90 | NA | NA | NA |
| N/F | Pettit Cardlock | 7100-000 | $32,583.41 | NA | NA | NA |
| N/F | Puget Sound Petroleum Inc. | 7100-000 | $71,079.01 | NA | NA | NA |
| N/F | SC Fuels | 7100-000 | $19,329.71 | NA | NA | NA |
| N/F | Time Payment Corp | 7100-000 | $10,611.64 | NA | NA | NA |
| N/F | Umpqua Bank Customer Service | 7100-000 | $3,726,834.57 | NA | NA | NA |
| N/F | Umpqua Bank VISA | 7100-000 | $1,221.90 | NA | NA | NA |
| N/F | Umpqua Bank VISA | 7100-000 | $3,925.12 | NA | NA | NA |
| N/F | Umpqua Bank VISA | 7100-000 | $1,786.84 | NA | NA | NA |
| N/F | Umpqua Bank VISA | 7100-000 | $13,065.04 | NA | NA | NA |
| N/F | Umpqua Bank VISA | 7100-000 | $13,065.04 | NA | NA | NA |
| N/F | Umpqua Bank VISA | 7100-000 | $4,189.73 | NA | NA | NA |
| N/F | Umpqua Bank VISA | 7100-000 | $1,200.27 | NA | NA | NA |
| N/F | Umpqua Bank VISA | 7100-000 | $13,043.46 | NA | NA | NA |
| N/F | Umpqua Bank VISA | 7100-000 | $12,981.08 | NA | NA | NA |
| N/F | Umpqua Bank VISA | 7100-000 | $2,774.65 | NA | NA | NA |
| N/F | Umpqua Bank VISA | 7100-000 | $6,728.64 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Umpqua Bank VISA | 7100-000 | $3,635.16 | NA | NA | NA |
| N/F | Umpqua Bank VISA | 7100-000 | $2,363.29 | NA | NA | NA |
| N/F | Wallwork | 7100-000 | $676,531.40 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$5,453,216.61** | **$5,246,190.78** | **$5,246,190.78** | **$0.00** |

Exhibit 8
Page: 1

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

**Case No.:** 16-43505-MJH  
**Case Name:** SELANDER, WILLIAM D.JR.  
**For Period Ending:** 10/01/2019

**Trustee Name:** (670170) Brian L. Budsberg  
**Date Filed (f) or Converted (c):** 08/22/2016 (f)  
**§ 341(a) Meeting Date:** 10/31/2016  
**Claims Bar Date:** 02/27/2017

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1* | 24608 SE 416th St, Enumclaw, WA 98022-8727, King County (See Footnote) | 334,500.00 | 0.00 | | 825,000.00 | FA |
| 2* | 29828 SE 370th St, Enumclaw, WA 98022-0000, King County (See Footnote) | 72,000.00 | 16,480.31 | | 250,000.00 | FA |
| 3* | 518 116th Ave Ct E, Edgewood, WA 98372-0000, Pierce County (See Footnote) | 163,900.00 | 49,376.91 | | 390,001.00 | FA |
| 4 | 2008 GMC FourWinds 32' | 75,000.00 | 0.00 | | 0.00 | FA |
| 5 | Boat, shell, project | 30.00 | 0.00 | | 0.00 | FA |
| 6 | Household Goods | 0.00 | 0.00 | | 0.00 | FA |
| 7 | Hand tools | 1,000.00 | 0.00 | | 0.00 | FA |
| 8 | 2 hand guns | 400.00 | 0.00 | | 0.00 | FA |
| 9 | WEARING APPAREL | 200.00 | 0.00 | | 0.00 | FA |
| 10 | 2 dogs, 3 cats | 0.00 | 0.00 | | 0.00 | FA |
| 11 | Cash | 0.00 | 0.00 | | 0.00 | FA |
| 12 | Deposits of money: NO BANK ACCOUNTS | 0.00 | 0.00 | | 0.00 | FA |
| 13 | 401 (k): John Hancock Retirement Savings Plan, may be rolled over to SEI Private Trust Company following closure of administration by former plan adminsitrator | 94,123.84 | 0.00 | | 0.00 | FA |
| 14 | Property Taxes Sellers Credit 12/15/17-1/1/18 (u) | 96.83 | 96.83 | | 96.83 | FA |
| **14** | **Assets Totals (Excluding unknown values)** | **$741,250.67** | **$65,954.05** | | **$1,465,097.83** | **$0.00** |

RE PROP# 1    Trustee filed objection to exemption on 11/22/16 Docket #21  
RE PROP# 2    Trustee filed objection to exemption on 11/22/16 Docket #21  
RE PROP# 3    Trustee filed objection to exemption on 11/22/16 Docket #21

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 2

Case No.: 16-43505-MJH
Case Name: SELANDER, WILLIAM D.JR.

For Period Ending: 10/01/2019

Trustee Name: (670170) Brian L. Budsberg
Date Filed (f) or Converted (c): 08/22/2016 (f)
§ 341(a) Meeting Date: 10/31/2016
Claims Bar Date: 02/27/2017

**Major Activities Affecting Case Closing:**

STATUS AS OF 12/31/19:
7/16/19 (LC): Mailed checks to IRS and Roger Lilley.
7/12/19 (LC): TFR order was signed.
7/11/19 (LC): Docket report shows no objections filed. Entered Declaration of No Objections and Order Approving TFR.
6/19/19 (LC): Filed NFR and Notice of Hearing
6/10/19 (LC): Submitted corrected TFR and related documents to Debora Fleener, the UST analyst assigned to the case.
Request for Court Costs - $
5/13/19 (LC): Submitted TFR and related documents to UST for review.
5/3/19 (LC): Received signed order to appoint Roger Lilley. Sent copy of order to Roger Lilley.
4/30/19 (LC): Received approval from UST to appoint Roger Lilley. Filed with the court.
4/25/19 (LC): Sent Nunc Pro Tunc Motion to Appoint Roger Lilley as accountant to UST for review
4/4/19 - Claims being reviewed. DF sent to BB for review to determine if need to object to claims
3/13/19 - Order granting trustee's motion to pay taxes due

Real property assets-- All Sold - Tax Return Phase

12/13/18 (RK) Stipulated Order to IRS and Umpqua Signed - Prepared Checks and mailed them out - Next Step Taxes
9/19/18 (RK) Rec'd refund for overpaid utilities in closing costs - Sent for Deposit UPS 1z2w27598495644384
7/23/18 (RK) Rec'd proceeds from last sale - Sent for Deposit - Prepared & Filed Report of Sale. UPS 1z2w27598490460644
6/21/18 (RK) BLB attended hearing on Motion to Sell - Cleared up Judge Hestons questions and I've submitted the Order for her signature.
5/18/18 (RK) Filing Motion to Sell final property.
4/30/18 (RK) Rec'd Check for overpayment of utilities at closing - Sent for Deposit 1z2w27598490038502
4/19/18 (RK) Filed Report of Sale.
4/19/18 (RK) Rec'd Sale Proceeds from Edgewood property - Sent to Rabobank for deposit - UPS 1z2w27598495291569
4/3/18 (RK) Title Company requested new language in Edgewood Order - Submitted the Ex Parte Amendment today.
3/16/18 (RK) No responses to Motion to Sell filed by March 15 - Filed DNO and Order.
3/2/18 (RK) Filed Proof of Service for Secured Creditors.
2/27/18 (RK) Filed Motion to Sell final property - Hearing is set for March 22.
2/16/18 (RK) Filed Stipulated Order in the Enumclaw Property. Barb has a valid offer that Brian has signed for the Edgewood property but I can't get it on Judge Hestons docket until March 22 - She has no hearings until that date.
1/29/18 (RK) Filed Proof Of Service for Banks and other secured creditors.
1/26/18 (RK) Filed Motion to Sell Real Property - Enumclaw Selander to Engle. Hearing set for February 15.
STATUS AS OF 12/31/17:
12/21/17 (RK) Received closing funds from the Wake sale - Sent for Deposit - Tracking No: 1z2w27598491751604
10/24/17 (RK) Filed revised Order to Motion to Sell Free and Clear of Liens - Filed Response to Shawn Rediger's Limited Objection.
10/5/17 (RK) Drafted and BLB approved the Motion to Sell Free & Clear - Hearing Date will be 10/26/17.
9/28/17 (RK) The Trustee has accepted an offer in the real property in this case. The Realtor Barb Stevens is working on her dec and we can get it set for hearing asap.
7/18/17 (KM) Sent realtor appointment docs to UST for approval.
6/26/17 (KM) Email sent to all three possible realtors to help Trustee decide who to employ
6/20/17 (KM) Filed Motion to App Comp/Sett in main case. This will resolve adv case. Once Order signed, need to file Stip Order to Dismiss Case in Adv. Trustee to review three realtor options.
6/8/17 (KM) Trustee and counsel in active negotiations regarding proposed settlement that would solve all issues regarding property.
3/27/17 (DRC) Answer due in Adv. proceeding 4/14/17; pre-trial conf 4/20/17, per FRBP 7026 & FRCP 26, initial discovery disclosure due 5/4/17.

Form 1
Exhibit 8
Individual Estate Property Record and Report
Page: 3
Asset Cases

Case No.: 16-43505-MJH                        Trustee Name:    (670170) Brian L. Budsberg
Case Name: SELANDER, WILLIAM D.JR.            Date Filed (f) or Converted (c): 08/22/2016 (f)
                                              § 341(a) Meeting Date: 10/31/2016
For Period Ending: 10/01/2019                 Claims Bar Date: 02/27/2017

3/24/17 (DRC) Judge issued ruling.  Denied abandonment of rental properties. NEXT HEARING 6/8/17 to determine factual matters including potential value of the property to the estate in light of the carve-out, the tax consequences to distributions to creditors of any sales, and the likelihood of success on the Trustee's 363(h) and other legal claims.
3/16/17 (DRC) Hearing held on motion to abandon property and motion to approve settlement, judge took everything under advisement and will be issuing a ruling.
3/15/17 (DRC) Summons re-served on lienholders as well as defendants.
3/10/17 (DRC) Summons re-served and proof of service filed.
3/9/17 (DRC) Filed request to reissue summons.  Rec'd summons for KM to mail out tomorrow.
3/6/17 (KM) Filed notice of intent to argue--- BLB will attend hearing on 3/16 regarding Motion to approve settlement
2/17/17 (RK) Filed Motion to Approve Settlement as well as corresponding documents.
2/16/17 (DRC) EM Shawn Rediger re settlement.  Rec'd redlined settlement agreement from Shawn.  Reviewed changes and discussed with Trustee.  Trustee approved changes.  Sent clean version to Daniel A. Brown, Attorney in Fact for Umpqua Bank for signature.  Drafted Notice and Motion to Approve Settlement.
2/15/17 (DRC) EM Shawn Rediger re settlement.
2/1/17 (RK) Filed adversary Complaint and Notice of Adjudication and Consent.
1/31/17 (KM) Judge Snyder's involvement terminated-- Judge Heston assigned to case
1/12/17 (RK) Filed the Response/Objection to Motion to Abandon prepared by Deb.  Brian will need to appear at the hearing scheduled for January 19, with Judge Dore in Tacoma.  Counsel requested continuance of hearing to 2/2/17.
1/11/17 (KM) Deb and Trustee discussed at length whether or not to object to Motion for RFS or Motion to Abandon- Trustee has decided no to object to either motion as the properties are so far underwater.
1/9/16 (DRC) Trustee needs to finish up his discussion with Umpqua Bank (judgment lien creditor).  If he can't negotiate a settlement with the judgment lien creditor , then it doesn't make sense to oppose the abandonment.  EM to Shawn Rediger, counsel for Umpqua Bank to schedule call.
12/29/16 (KM) Trustee and counsel for Umpqua bank are working out how they want to go forward with this case.  Counsel withdrew Motion to avoid the judgment lien.  Will follow up with Trustee on progression of case.
12/8/16 (KM) Received affadavit from counsel in regards to client not filing tax return-- counsel to file.
12/6/16 (DRC) After reviewing the liens on the property, Trustee decided not to respond to debtor's motion to avoid the judgment lien.
12/1/16 (KM) Sent follow up email to counsel requesting either tax returns or affidavit that the 4002 docs are only part of the required disclosers.
11/22/16 (KM) Sent appointment of BLB docs to UST for approval.  Filed objections to exemptions, notice of assets and request of claims bar date.
11/22/16 (DRC) Debtor's counsel indicated that the co-owner lives with the debtor and can be reached at the same address as the debtor.  Trustee is considering whether it is in the estate's interest to file a complaint to clear all possible claims to title and serve the co-owner and the alleged judgment lien on the property.
11/21/16 (DRC)   Sent email to debtor's counsel re: trustee's intent to sell the property and requesting contact information so that he can inform co-owner of intentions as well.  Trustee wants to sell the properties based on the following:

24608 SE 416th St., Enumclaw - Zillow estimate is $731,796, with liens of $370k, a $125k exemption and a co-owner which means that there is around $19k of equity for the estate after the costs of sale, liens, exemptions and co-owner share.  (He has filed an avoidance action for a $3.9 million judgment lien he claims was recorded against the property, but the lien doesn't appear in the county records for the specific property, the judgment record in the county records isn't tied to any real property, and the debtor hasn't listed the lien on his schedules so as far as I can tell there isn't a judgment lien against this real property.  I'm not really sure what the debtor is asking for in his motion. . .but I think we can object to his request on these grounds.)

28982 SE 370th St. Enumclaw - Zillow estimate is $225,022, with liens of $55k, no exemptions and a co-owner, which means that there is around $77k of equity in the home.  (Even if the tax assessed value of $144k was correct, there would still be $37k of equity in the home)

518 116th Ave. Ct. E, Edgewood - Zillow estimate is $354,595, with liens of $115k, no exemptions and a co-owner, which means that there is around $102k in equity.

The debtor listed claims well over $5 million, so selling all of these in which the debtor has equity (even with

# Form 1
# Individual Estate Property Record and Report
# Asset Cases

Exhibit 8
Page: 4

**Case No.:** 16-43505-MJH
**Case Name:** SELANDER, WILLIAM D.JR.

**For Period Ending:** 10/01/2019

**Trustee Name:** (670170) Brian L. Budsberg
**Date Filed (f) or Converted (c):** 08/22/2016 (f)
**§ 341(a) Meeting Date:** 10/31/2016
**Claims Bar Date:** 02/27/2017

the co-owner on the property) would make sense for the estate.

11/21/16 (KM) We only have tax return for 2013- I emailed counsel and requested the returns for 2014 and 2015. I sent over Deb the property information for the three properties in Enunclaw. The debtor claims that he is 50% owner with his girlfriend. I will confirm the ownership.

**Initial Projected Date Of Final Report (TFR):** 10/31/2017    **Current Projected Date Of Final Report (TFR):** 06/14/2019 (Actual)

10/01/2019
Date

/s/Brian L. Budsberg
Brian L. Budsberg

# Form 2
# Cash Receipts And Disbursements Record

Exhibit 9
Page: 1

| **Case No.:** | 16-43505-MJH | **Trustee Name:** | Brian L. Budsberg (670170) |
|---|---|---|---|
| **Case Name:** | SELANDER, WILLIAM D.JR. | **Bank Name:** | Mechanics Bank |
| **Taxpayer ID #:** | **-***8170 | **Account #:** | ******0300 Checking |
| **For Period Ending:** | 10/01/2019 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/20/17 | | First American Title Insurance Company | Closing Proceeds from 29828 SE 370th Enumclaw | | 22,832.70 | | 22,832.70 |
| | {2} | Law Office of Wanda Nuxoll | Sale of property located at 29828 SE 370th Street - Includes carveout in the amount of $22,832.70  $250,000.00 | 1110-000 | | | |
| | {14} | First American Title Insurance Company | Property Taxes Sellers Credit 12/15/17 - 1/1/18  $96.83 | 1210-000 | | | |
| | | Law Office of Wanda Nuxoll | Signing Fee  -$175.00 | 2500-000 | | | |
| | | Law Office of Wanda Nuxoll | Reconveyance Fee  -$125.00 | 2500-000 | | | |
| | | Law Office of Wanda Nuxoll | Fee for Settlement Agent  -$1,100.00 | 2500-000 | | | |
| | | First American Title Insurance Company | Title Guarantee  -$1,189.08 | 2500-000 | | | |
| | | John L Scott Realtors | Realtor Commission John L Scott Listing  -$5,000.00 | 3510-000 | | | |
| | | John L Scott Realtors | Realtor Commission John L. Scott - Sale  -$6,250.00 | 3510-000 | | | |
| | | King County | Excise Tax  -$4,455.00 | 2820-000 | | | |
| | | Nationstar Mortgage | First Mortgage Payoff - Nationstar  -$49,141.19 | 4110-000 | | | |
| | | Umpqua Bankc/o Shawn B. Rediger Williams Kastner & Gibbs, PLLC | 2nd Mortgage Payoff - Umpqua Bank  -$68,498.08 | 4120-000 | | | |
| | | Jill Eutenier | Funds paid to Debtors Ex for her portion of community property.  -$91,330.78 | 8500-002 | | | |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 22,822.70 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 36.10 | 22,786.60 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 30.59 | 22,756.01 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 32.73 | 22,723.28 |
| 04/19/18 | | The Law Office of Wanda Nuxoll | Proceeds from real estate sale - 518 116th Court Edgewood | | 33,151.93 | | 55,875.21 |
| | | Central Signing Service | Central Signing Service - Documents  -$450.00 | 2500-000 | | | |

**Page Subtotals:** $55,984.63 $109.42

Exhibit 9
Page: 2

# Form 2
# Cash Receipts And Disbursements Record

| Case No.: | 16-43505-MJH | Trustee Name: | Brian L. Budsberg (670170) |
|---|---|---|---|
| Case Name: | SELANDER, WILLIAM D.JR. | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***8170 | Account #: | ******0300 Checking |
| For Period Ending: | 10/01/2019 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | The Law Office of Wanda Nuxoll | Reconveyence Fee -$125.00 | 2500-000 | | | |
| | | The Law Office of Wanda Nuxoll | Settlement Agent Fee -$1,175.00 | 2500-000 | | | |
| | | First American Title Insurance Company | Title Insurance -$1,494.64 | 2500-000 | | | |
| | | The Law Office of Wanda Nuxoll | Listing Commission - John L. Scott -$7,800.02 | 3510-000 | | | |
| | | The Law Office of Wanda Nuxoll | Commission to Selling Agent - Windermere -$9,750.03 | 3510-000 | | | |
| | | First American Title Insurance Company | Recording Fees -$78.00 | 2500-000 | | | |
| | | Pierce County Treasurer | County Excise Tax - Pierce County -$6,947.02 | 2820-000 | | | |
| | | Bank of America NA | Payoff to Bank of America Mortgage -$97,524.38 | 4110-000 | | | |
| | | Mt View Water Co | Lienable Utilities to Mt. View Water Co. -$500.00 | 2500-000 | | | |
| | | Jill Eutenier | Funds paid to co-owner/non-filing ex spouse Jill Eutenier -$132,607.71 | 8500-002 | | | |
| | | Umpqua Bank | Funds paid to Judgment Holder Umpqua Bank as per settlement -$99,455.79 | 5900-000 | | | |
| | | Pierce County Treasurer | Property Taxes 4/10/18 - 7/1/18 $1,058.52 | 4700-000 | | | |
| | {3} | The Law Office of Wanda Nuxoll | Proceeds from real estate sale - 518 116th Court Edgewood $390,001.00 | 1110-000 | | | |
| 04/30/18 | | The Law Office of Wanda Nuxoll | Refund for over payment of Utilities at Closng - RK 4.30.18 | 2500-002 | | -57.50 | 55,932.71 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 39.54 | 55,893.17 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 88.42 | 55,804.75 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 77.58 | 55,727.17 |
| 07/23/18 | | The Law Office of Wanda Nuxoll | Proceeds for Sale of Enumclaw Property - Amt includes homestead exemption and settlement funds for Umqua. | | 198,846.39 | | 254,573.56 |
| | | Central Signing Service | Signing Fee -$175.00 | 2500-000 | | | |

Page Subtotals: $198,846.39 $148.04

Exhibit 9

Page: 3

# Form 2

## Cash Receipts And Disbursements Record

| | |  | | |
|---|---|---|---|---|
| **Case No.:** | 16-43505-MJH | **Trustee Name:** | | Brian L. Budsberg (670170) |
| **Case Name:** | SELANDER, WILLIAM D.JR. | **Bank Name:** | | Mechanics Bank |
| **Taxpayer ID #:** | **-***8170 | **Account #:** | | ******0300 Checking |
| **For Period Ending:** | 10/01/2019 | **Blanket Bond (per case limit):** | | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | The Law Office of Wanda Nuxoll | Reconveyance Tracking Fee -$125.00 | 2500-000 | | | |
| | | The Law Office of Wanda Nuxoll | Payment to Settlement Agent - Wanda Nuxoll -$1,575.00 | 2500-000 | | | |
| | | First American Title Insurance Company | Title Report -$2,135.94 | 2500-000 | | | |
| | | Barbara Stevens | Real Estate Commission - Listing Agent John L. Scott - Barbara Stevens -$16,500.00 | 3510-000 | | | |
| | | Integrity Law Group | Real Estate Commission - Selling Agent Integrity Law Group -$20,625.00 | 3510-000 | | | |
| | | First American Title Insurance Company | Recording Fees -$102.00 | 2500-000 | | | |
| | | King County Assessor | Excise Tax to King County -$14,690.00 | 2820-000 | | | |
| | | Ditech Financial | Payoff - First Deed of Trust -$354,952.42 | 4110-000 | | | |
| | | King County Assessor | Back Real Estate Taxes - Removal from Agricultural Land Program -$15,497.67 | 4700-000 | | | |
| | | City of Enumclaw | Lienable Utilities - City of Enumclaw -$500.00 | 2500-000 | | | |
| | | Jill Eutenier | Funds owed to Co-Debtor - Jill Eutenier -$198,846.39 | 8500-002 | | | |
| | | King County Assessor | Post Petition - Real Property Taxes 7/1/187/18/18 -$429.19 | 2820-000 | | | |
| | {1} | The Law Office of Wanda Nuxoll | Proceeds for Sale of Enumclaw Property - Amt includes homestead exemption and settlement funds for Umqua. $825,000.00 | 1110-000 | | | |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 142.69 | 254,430.87 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 378.15 | 254,052.72 |
| 09/19/18 | | The Law Office of Wanda Nuxoll | Refund - Closing Cost - Lienable Utilities | 2500-000 | | -122.39 | 254,175.11 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 194.91 | 253,980.20 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 229.62 | 253,750.58 |
| 11/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 208.56 | 253,542.02 |

**Page Subtotals:** $0.00 $1,031.54

{ } Asset Reference(s) UST Form 101-7-TDR (10/1/2010) ! - transaction has not been cleared

# Form 2
# Cash Receipts And Disbursements Record

Exhibit 9

Page: 4

| Case No.: | 16-43505-MJH | Trustee Name: | Brian L. Budsberg (670170) |
|---|---|---|---|
| Case Name: | SELANDER, WILLIAM D.JR. | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***8170 | Account #: | ******0300 Checking |
| For Period Ending: | 10/01/2019 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/12/18 | 101 | Internal Revenue Service Centralized Insolvency | Court Approved Tax Payment (Docket 161) | 4120-000 | | 125,000.00 | 128,542.02 |
| 12/12/18 | 102 | Umpqua Bank c/o Shawn B. Rediger Williams Kastner & Gibbs, PLLC | Payment to Umpqua per Settlement and Court Order (161) | 4120-000 | | 21,603.58 | 106,938.44 |
| 03/13/19 | 103 | IRS | Payment of Estate Taxes Due in Full 30-6588170 | 2810-000 | | 11,156.00 | 95,782.44 |
| 07/03/19 | | Transfer Debit to Metropolitan Commercial Bank acct ******7721 | Transition Debit to Metropolitan Commercial Bank acct 3910057721 | 9999-000 | | 95,782.44 | 0.00 |
| | | **COLUMN TOTALS** | | | 254,831.02 | 254,831.02 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 95,782.44 | |
| | | **Subtotal** | | | 254,831.02 | 159,048.58 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$254,831.02** | **$159,048.58** | |

# Form 2
# Cash Receipts And Disbursements Record

**Exhibit 9**

Page: 5

| Case No.: | 16-43505-MJH | Trustee Name: | Brian L. Budsberg (670170) |
|---|---|---|---|
| Case Name: | SELANDER, WILLIAM D.JR. | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***8170 | Account #: | ******7721 Checking Account |
| For Period Ending: | 10/01/2019 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction / Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/03/19 | | Transfer Credit from Rabobank, N.A. acct ******0300 | Transition Credit from Rabobank, N.A. acct 5020800300 / 9999-000 | 95,782.44 | | 95,782.44 |
| 07/16/19 | 1000 | Brian Budsberg | Trustee's Compensation 16-43505 Selander | | 52,885.45 | 42,896.99 |
| | | Brian L. Budsberg | Trustee Compensation / 2100-000 / $51,884.61 | | | |
| | | Brian L. Budsberg | Postage fee and filing fee for real property / 2200-000 / $650.84 | | | |
| | | Clerk, U.S. Bankruptcy Court | Bankruptcy court fee / 2700-000 / $350.00 | | | |
| 07/16/19 | 1001 | Brian Budsberg | Allowed Accountant Fees 16-43505 Selander / 3410-000 | | 1,090.00 | 41,806.99 |
| 07/16/19 | 1002 | Internal Revenue Service Centralized Insolvency | IRS Centralized Insolvency 16-43505 Selander / 5800-000 | | 41,806.99 | 0.00 |
| | | **COLUMN TOTALS** | | 95,782.44 | 95,782.44 | $0.00 |
| | | | Less: Bank Transfers/CDs | 95,782.44 | 0.00 | |
| | | **Subtotal** | | 0.00 | 95,782.44 | |
| | | | Less: Payments to Debtors | | 0.00 | |
| | | **NET Receipts / Disbursements** | | $0.00 | $95,782.44 | |

# Form 2
# Cash Receipts And Disbursements Record

Exhibit 9
Page: 6

| | | | |
|---|---|---|---|
| **Case No.:** | 16-43505-MJH | **Trustee Name:** | Brian L. Budsberg (670170) |
| **Case Name:** | SELANDER, WILLIAM D.JR. | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***8170 | **Account #:** | ******7721 Checking Account |
| **For Period Ending:** | 10/01/2019 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $254,831.02 |
| Plus Gross Adjustments: | $1,210,266.81 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $422,727.38 |
| Net Estate: | $1,042,370.45 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******0300 Checking | $254,831.02 | $159,048.58 | $0.00 |
| ******7721 Checking Account | $0.00 | $95,782.44 | $0.00 |
| | $254,831.02 | $254,831.02 | $0.00 |

10/01/2019     /s/Brian L. Budsberg
Date           Brian L. Budsberg